```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    MELANIE L. PROCTOR (CSBN 228971)
 4  Melanie.Proctor@usdoj.gov
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6730
 7      FAX: (415) 436-6927
 8  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FAISAL MASOOD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL MUKASEY, Attorney General;<br>MICHAEL CHERTOFF, Secretary of the<br>Dept. of Homeland Security; Director, U.S.<br>Citizenship and Immigration Services;<br>ROSEMARY MELVILLE, San Francisco<br>District Director, U.S. Citizenship and<br>Immigration Services,<br><br>　　　　Defendants. | No. C 08-2152 VRW<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

　　The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about April 25, 2008. Defendant's response is due on June 24, 2008.

　　2. Pursuant to this Court's April 25, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on July 31, 2008, and attend a case management conference on August 7, 2008.

　　3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend
C08-2152 VRW　　　　　　　　　　1

1  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
2  ask this Court to extend the dates in the Court's scheduling order as follows:
3     Last day to file Defendants' Answer:                     July 31, 2008
4     Last day to file Joint ADR Certification:                   August 14, 2008
5     Last day to file/serve Joint Case Management Statement:  September 4, 2008
6     Case Management Conference:                         September 11, 2008, at 3:30 p.m.

7  Date: June 23, 2008                          Respectfully submitted,

8                                            JOSEPH P. RUSSONIELLO
                                          United States Attorney

10                                           _____/s/_____
                                          MELANIE L. PROCTOR[1]
11                                           Assistant United States Attorney
                                          Attorneys for Defendants

14 Date: June 23, 2008                        _____/s/_____
                                          LAMAR PECKHM
                                          Attorney for Plaintiff

16                                         **ORDER**

17    Pursuant to stipulation, IT IS SO ORDERED.

19 Date:  June 26, 2008
                                          VAUGHN R. WALKER
                                          United States District Judge

[GRANTED — Judge Vaughn R Walker signature stamp]

---

[1] 2 I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend
C08-2152 VRW                          2