1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR (CSBN 228971)
4  Melanie.Proctor@usdoj.gov
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6730
7      FAX: (415) 436-7169

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  FAISAL MASOOD,                          )
                                            )  No. C 08-2152 VRW
13              Plaintiff,                   )
                                            )
14         v.                                )  **STIPULATION TO DISMISS; AND**
                                            )  **[PROPOSED] ORDER**
15  MICHAEL MUKASEY, Attorney General;       )
    MICHAEL CHERTOFF, Secretary of the       )
16  Dept. of Homeland Security; Director, U.S. )
    Citizenship and Immigration Services;     )
17  ROSEMARY MELVILLE, San Francisco          )
    District Director, U.S. Citizenship and   )
18  Immigration Services,                    )
                                            )
19              Defendants.                  )
    _____ )

20

21        Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services will adjudicate Plaintiff's application for naturalization within 30 days of the dismissal of

25  this action.

26  ///

27  ///

28  ///

STIPULATION TO DISMISS
C08-2152 VRW                    1

Each of the parties shall bear their own costs and fees.

Date: July 21, 2008                          Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                             _____/s/_____
                                             MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants


                                             _____/s/_____
Date: July 21, 2008                          LAMAR PECKHM
                                             Attorney for Plaintiff


<del>PROPOSED</del> ORDER

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED.  The Clerk shall close the file.


Date:  July 25, 2008



                                             VAUGHN R. WALKER
                                             United States District

                                             IT IS SO ORDERED
                                             Judge Vaughn R Walker


---

[1]2 I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.